# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Ronald Gordon Smythe**

                Plaintiff(s),

vs.

Case No. 12cv3149 ADM/LIB
(To be assigned by Clerk of District Court)

**City of Onamia; Robert L. Matzke, acting in his individual capacity as a Chief of Police of the Onamia Police Department; Crow Wing County Sheriff; Minnesota State Patrol; County of Mille Lacs; County of Crow Wing; John and Jane Does (page #1)**

                Defendant(s).

DEMAND FOR JURY TRIAL

YES ✔     NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

| | |
|---|---|
| Name | **Ronald Gordon Smythe** |
| Street Address | **5240 West 102nd Street #102** |
| County, City | **Hennepin, Bloomington** |
| State & Zip Code | **Minnesota, 55437** |
| Telephone Number | **(651) 431-1308** |

SCANNED DEC 20 2012 U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

| | |
|---|---|
| Name | **Chief of Police, Robert L. Matzke** |
| Street Address | **14376 Shakopee Lake Road** |
| County, City | **Mille Lacs, Onamia** |
| State & Zip Code | **Minnesota, 55401** |

   b. Defendant No. 2

| | |
|---|---|
| Name | **City of Onamia** |
| Street Address | **621 W. Main St. City Hall** |
| County, City | **Mille Lacs, Onamia** |
| State & Zip Code | **Minnesota, 55401** |

   c. Defendant No. 3

| | |
|---|---|
| Name | **John and Jane Does** |
| Street Address | **Unknown** |
| County, City | **Unknown** |
| State & Zip Code | **Minnesota** |

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: [✔]**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✔] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    **DPPA, 42, 28 &18 U.S.C. ; MN. Statute 626.8457; MN. Statute Section 609.749; others to be named in investigations of data privacy acts violations of a victim of disability.**

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                              State of Citizenship:

    Defendant No. 1:                             State of Citizenship:

    Defendant No. 2:                             State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [✔] Defendant(s) reside in Minnesota    [✔] Facts alleged below primarily occurred in Minnesota
    [ ] Other: explain

    **Chief Robert L. Matzke, and others have been looking up my personal information for no apparent reason. Even after my stalker was caught, and convicted in 2009**

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

1. Chief Robert L. Matzke according to BCA, and DPS records, has been looking up my records for no apparent reason, other than to forward information on to others.

2. On 12/31/2009 at 1:27 am, the BCA report lists Onamia Police Department looked me up 7 times during this time period from a mobile device, & 21 times according to report.

3. Again, on 5/9/2011 at 3:24am, the BCA reports lists Onamia Police Department looked up my information from a mobile device 23 times on this date.

4. On 5/10/2011 at 8:36am, the MN. State Patrol Mille Lacs looked up my information.

5. On 10/10/2011 at 12:21pm, the Crow Wing County Sheriff looked up my information.

6. On 10/10/2011 at 2:07pm, Again the Onamia Police Department looked up my private information from a mobile device. BCA report included with this complaint.

7. On 10/12/2011 at 10:23am the Crow Wing County Sheriff Looked up my information from a mobile device. Full BCA report attached. Addition information on violations.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ✔
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**Complete full investigation into all violations of actions of Chief Robert L. Matzke, Shawn Gary Foster (aka) Forester (aka) Fish-Foster (aka) other unknown, and known alias's. Also other departments or agencies involved, including Mille Lacs County, Mille Lacs County Sheriff's Office, and Milaca Police. Monetary compensation of $1,000,000.00, and $2,500.00 for each and every violation of personal private data practices. Plus other additional monetary compensations for emotional distress caused by violations. Including, but not limited to, All Federal and State Privacy laws, Violations of Civil Rights and laws, Intentional Emotional Distress, Discrimination, Slander, Defamation, Felony criminal acts committed against a person of Disability in the State of Minnesota. Loss of income dues to actions of Robert L. Matzke, including known convicted persons committing criminal acts against Ronald G. Smythe, and other unknown contributing assailants and or associates.**

4

Signed this **20th**     day of **December, 2012.**

Signature of Plaintiff _____

Mailing Address     **5240 West 102nd Street #102**
                    **Bloomington, MN. 55437**

Telephone Number    **(651) 431-1308**

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.